AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Mackrell<br><br>*Defendant* | ) Case: 1:23-mj-0051<br>) Assigned To: Magistrate Judge G. Michael Harvey<br>) Assign. Date: 3/6/2023<br>) Description: Complaint with Arrest Warrant<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Michael Mackrell__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Forcibly Assault, Resist, Oppose, Impede, Intimidate, or Interfere with Certain Officers or Employees

18 U.S.C. §§ 1752(a)(1), (2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder

40 U.S.C. § 5104(e)(2)(F) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 3/6/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.03.06 11:29:22 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/6/2023 , and the person was arrested on *(date)* 3/9/2023
at *(city and state)* Wellington, OH .

Date: 3/9/2023

SA [signature]
*Arresting officer's signature*

SA Amihr Bess
*Printed name and title*