# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA (WASHINGTON, DC)

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CASE NO. 1:23MJ-00051 |
| Plaintiff, : | |
| : | MAG. JUDGE G. MICHAEL HARVEY |
| -vs- : | |
| MICHAEL MACKRELL, : | **NOTICE OF ATTORNEY APPEARANCE** |
| Defendant. : | |

Undersigned counsel, Claire Cahoon, enters a Notice of Appearance of Counsel on behalf of the Defendant, Michael Mackrell, in the above-captioned case. Please add Claire Cahoon to the docket as counsel for Mr. Mackrell and remove Eugene Ohm.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

/s/ Claire R. Cahoon
CLAIRE R. CAHOON (0082335)
Attorney at Law
Officer of the Federal Public Defender
617 Adams St., 2nd Floor
Toledo, OH  43604
Phone: (419) 259-7370; Fax: (419) 259-7375
Email: claire_cahoon@fd.org